24258

SKULL CREEK CLUB LIMITED PARTNERSHIP and White Star Associates, Inc., Petitioners v. COOK AND BOOK, INC.; Rick Stone and Deborah Stone, Respondents.

(458 S.E. (2d) 549)

Supreme Court

*William R. Phipps* of *Bethea, Jordon & Griffin, P.A.*, Hilton Head Island, *for petitioners.*

*Curtis L. Coltrane* of *Wilson & Coltrane, P.A.*, Hilton Head Island, *for respondents.*

Heard Feb. 7, 1995.

Decided June 19, 1995.

*Per Curiam:*

We granted the petition for writ of certiorari to review the Court of Appeals' decision in *Skull Creek Club Limited Partnership v. Cook and Book, Inc.*, 313 S.C. 283, 437 S.E. (2d) 163 (Ct. App. 1993). After careful consideration, we hereby dismiss the petition of certiorari as improvidently granted.